

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2019

No. 04-19-00408-CV

Buck **MURRAY,**
Appellant

v.

**THE HONDO NATIONAL BANK,**
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCD-17-0000236
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on August 16, 2019. On August 16, 2019, appellant filed a motion requesting an extension of time to file the brief. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to September 16, 2019.

On September 13, 2019, appellant filed a second motion requesting an additional extension of time to file the brief. The appellant's second motion for extension of time was granted, extending the deadline for filing the brief to October 16, 2019.

On October 15, 2019, appellant filed a third motion requesting an additional thirty-day extension of time to file the brief, for a total extension of ninety days. Each of appellant's motions requesting an extension of time to file the brief states, "Counsel's unforeseen court schedule has made it necessary to request additional time to file the brief."

The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The appellant's brief must be filed by November 15, 2019.

_____
Irene Rios, Justice


    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk